## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 24-cr-382** |
| **v.** : | |
| : | |
| **ANDREW KYLE GRIGSBY,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States of America requests that the Court enter the appearance of Assistant United States Attorney Shalin Nohria as counsel of record for the government.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY

By:    */s/ Shalin Nohria*
           Shalin Nohria
           Assistant United States Attorney
           D.C. Bar No. 1644392
           United States Attorney's Office
           601 D St. NW, 6.713
           Washington, D.C.,
           202-344-5763
           shalin.nohria@usdoj.gov